**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| RANGEWATER REAL ESTATE, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | 1:24-CV-05330-ELR |
| | * | |
| RALEIGH CROSSTON, | * | |
| | * | |
| Defendant. | * | |
| | * | |

_____

**O R D E R**

_____

This case is before the Court on Magistrate Judge Christopher C. Bly's Final Report and Recommendation ("R&R"). [Doc. 3]. The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1); see also Fed. R. Civ. Pro. 72(b)(3). No objections to the Magistrate Judge's R&R have been filed, and therefore, the Court has reviewed the R&R for clear error. See Thomas v. Arn, 474 U.S. 140, 154 (1985); Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006); see also Tauber v. Barnhart, 438 F. Supp. 2d 1366, 1373 (N.D. Ga. 2006). The Court finds no error.

Accordingly, the Court **ADOPTS** the R&R as the opinion of this Court. [Doc. 3]. For the reasons stated in the R&R, the Court **REMANDS** this action to the

Magistrate Court of Gwinnett County, Georgia. The Court **DIRECTS** the Clerk to

**CLOSE** the case.

SO ORDERED, this 16th day of December, 2024.

Eleanor L. Ross
United States District Judge
Northern District of Georgia